UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MONT CLAIRE AT PELICAN MARSH
CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No: 2:19-cv-601-FtM-38MRM

EMPIRE INDEMNITY INSURANCE
COMPANY,

    Defendant.
_____/

# **ORDER**[1]

    Before the Court is United States Magistrate Judge Mac R. McCoy's Report and Recommendation (R&R) (Doc. 32), recommending the Court grant the parties' Joint Motion to Appoint Umpire and to Stay the Proceedings. (Doc. 28). No party objected to the R&R, and the time to do so has passed.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After careful consideration of the R&R and an independent review of the file, the Court accepts and adopts the R&R.

Accordingly, it is now

**ORDERED:**

1. United States Magistrate Judge Mac R. McCoy's Report and Recommendation (Doc. 32) is **ACCEPTED** and **ADOPTED** and incorporated into this Order. The Joint Motion to Appoint Umpire and to Stay the Proceedings (Doc. 28) is **GRANTED**.

2. All proceedings in this case are **STAYED** until the parties advise the Court that appraisal has been completed. The parties must so notify the Court within **seven (7) days** of the appraisal proceedings concluding.

3. The parties are **ORDERED** to file a joint status report regarding the status of appraisal **on or before March 23, 2020**, and every forty-five (45) days until the conclusion of the appraisal proceedings.

4. Jon W. Doan is appointed as a neutral umpire for the appraisal in this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of February, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record