UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MONT CLAIRE AT PELICAN
MARSH CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,

v.                                Case No.:  2:19-cv-601-SPC-MRM

EMPIRE INDEMNITY
INSURANCE COMPANY,

    Defendant.
_____/

## **OPINION AND ORDER**[1]

Before the Court is United States Magistrate Judge Mac R. McCoy's Report and Recommendation ("R&R"). (Doc. 77). Judge McCoy recommends, among other things, denying without prejudice Plaintiff Mont Claire at Pelican Marsh Condominium Association, Inc.'s Motion for Confirmation of Appraisal Award. Neither party objects to the R&R, and the time to do so has expired. So the R&R is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them.  The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

in part," a magistrate judge's R&R.  28 U.S.C. § 636(b)(1)(C).  In the absence of specific objections, there is no requirement that a district judge review the R&R *de novo*.  See *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993).  Instead, when parties don't object, a district court need only correct plain error as demanded by the interests of justice.  *See, e.g.*, *Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Thomas v. Arn,* 474 U.S. 140, 150-52 (1985).  Plain error exists if (1) "an error occurred"; (2) "the error was plain"; (3) "it affected substantial rights"; and (4) "not correcting the error would seriously affect the fairness of the judicial proceedings." *Farley v. Nationwide Mut. Ins.*, 197 F.3d 1322, 1329 (11th Cir. 1999).

After careful consideration and an independent review of the case, the Court finds no plain error.  So it accepts and adopts the R&R in full.

Accordingly, it is now

**ORDERED:**

United States Magistrate Judge Mac R. McCoy's Report and Recommendation (Doc. 77) is **ACCEPTED and ADOPTED,** and the findings incorporated herein.

1. Plaintiff's Motion for Confirmation of Appraisal Award (Doc. 67) is **DENIED without prejudice**.

2. On or before **September 26, 2022**, the parties must file a joint notice that:

    a. addresses whether more discovery is needed to adjudicate the first and sixth affirmative defenses; and

    b. propose deadlines for discovery or motions for summary judgment on the first and sixth affirmative defenses.

3. The Clerk is **DIRECTED** to reassign this action to a United States Magistrate Judge sitting in the Fort Myers Division.

4. The Clerk is further **DIRECTED** to administratively close this case until further Court order.

**DONE** and **ORDERED** in Fort Myers, Florida on August 26, 2022.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

3